COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-14-00579-CR

Style:     Mayra Flores v. The State of Texas

Date motion filed[*]:     January 12, 2015

Type of motion:     Second Motion for Extension of Time to File Appellant's Brief

Party filing motion:     Appellant

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No

If motion to extend time:

     Original due date:     October 13, 2014

     Number of extensions granted:     1     Current Due date:  December 12, 2014

     Date Requested:     March 6, 2015

Ordered that motion is:

     ☑ Granted

          If document is to be filed, document due:  March 6, 2015

          ☑     No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

     On 12/31/14, the Clerk of this Court notified counsel that if an extension of time to file appellant's brief was not filed within 10 days of that notice, the Court must order a late brief hearing. Because counsel timely filed this extension request and the reporter's record spans 11 volumes in this case, appellant's second extension is granted, but no further extensions will be granted given the length of the extension requested. Accordingly, if appellant's brief is not filed by 3/6/15, the Court must abate for a hearing. *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature:/s/ Laura C. Higley
          ☑ Acting individually     ☐ Acting for the Court

Date:  January 15, 2015

November 7, 2008 Revision